United States District Court
Southern District of Texas
FILED

APR 2 0 2012

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-12-522-04 |
| JUAN JOSE RODRIGUEZ | § | |

ORDER FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America representing that the above-captioned case is set for initial appearance at the United States Magistrate Court for the Southern District of Texas in McAllen, Texas at 9:45 a.m. on April 26, 2012 and that prisoner JUAN JOSE RODRIGUEZ, SO# D-142-12, is a defendant in said case. JUAN JOSE RODRIGUEZ currently is a prisoner of the State of Texas and is in the custody of the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas. The petitioner prays that the Court direct the issuance of a Writ of Habeas Corpus Ad Prosequendum to procure the presence of said prisoner at said proceedings and all subsequent concomitant proceedings.

The Court is of the opinion that said application should be granted. Therefore, it is

ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued by the Clerk of this Court to the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas directing said Sheriff to deliver said prisoner into the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative. Furthermore, it is

ORDERED that said writ direct said Marshal or his representative to bring said prisoner before this Court in McAllen, Texas at 9:45 a.m. on April 26, 2012 to be present for initial appearance in the above case. At the conclusion of said proceedings and all subsequent

concomitant proceedings said prisoner shall be returned to the custody of the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas, if said Sheriff so desires.

SIGNED and ENTERED at McAllen, Texas this 20th day of April, 2012.

_____
JUDGE PRESIDING