IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 7:12-CR-522-4 |
| JUAN JOSE RODRIGUEZ | § § | |

### MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JOSE M. MARTINEZ, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant is attorney of record for JUAN JOSE RODRIGUEZ, and was appointed by the Court to represent Defendant.

2. Good cause to withdraw exists as specified below:

    a. Attorney, Jose M. Martinez was court-appointed to represent Defendant on Friday, April 27, 2012. He has not conferred with client and will be unable to do so. The attorney has a scheduling conflict as he is going to be in Immigration Court on the case styled *Ruben Martinez; A 035-476-638* at the same time as this case and will not be able to attend.

3. This withdrawal is not sought for delay, but that Defendant might be represented by counsel that is available.

4. The pending settings and deadlines in this case are as follows:

    a. Arraignment & Detention Hearing set for Tuesday, May 1, 2012. At 9: a.m.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his

motion to withdraw on the face of this pleading.

Respectfully submitted,

**JOSE M. MARTINEZ, P.C.**
3235 North McColl Rd.
McAllen, Texas 78501
Tel: (956) 682-5297
Fax: (956) 686-5658

By:_____
    Jose M. Martinez
    State Bar No. 13142400
    *Attorney for Juan Jose Rodriguez*

**CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2012, a true and correct copy of the above and foregoing document was served on the U.S. Attorney's Office, 1701 W. Bus Hwy 83, Suite 600, McAllen, Texas 78501 by facsimile transmission to (956) 618-8009.

_____
**JOSE M. MARTINEZ**

**CERTIFICATE OF CONFERENCE**

I, Jose Martinez, certify that on the 30th day of April, 2012, attempted to speak with Assistant U.S. Attorney, Jessie Rogers but she was not available.

*Via Facsimile: (956) 618-8009*
Jessie Rogers
**ASSISTANT U.S. ATTORNEY**
1701 W. Bus., Hwy. 83, Suite 1011
McAllen, Texas 78501

_____
**JOSE M. MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 7:12-CR-522-4 |
| JUAN JOSE RODRIGUEZ | § | |

## ORDER

On this _____ day of _____, 2012, came on to be considered JOSE M. MARTINEZ's Motion to Withdraw as Counsel, and said motion is hereby

_____ (Granted)    _____ (Denied)

_____
JUDGE PRESIDING

cc: **JOSE M. MARTINEZ, P.C.**
3235 North McColl Rd.
McAllen, Texas 78501
Fax: (956) 686-5658

**U.S. ATTORNEY'S OFFICE**
1701 W. Bus Hwy 83, Suite 600
McAllen, Texas 78501
Fax: (956) 618-8009