UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-12-522-04 |
| JUAN JOSE RODRIGUEZ | § | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff, Hidalgo County Jail
Edinburg, Texas

TO: United States Marshal for the Southern District of Texas or his duly authorized representative

GREETINGS:

We command that you have JUAN JOSE RODRIGUEZ, SO# D-142-12, who currently is a prisoner of the State of Texas confined at the Hidalgo County Jail in Edinburg, Texas, under safe and secure conduct for initial appearance at the United States Magistrate Court for the Southern District of Texas at 9:45 a.m. on April 26, 2012. Said prisoner is a defendant in the above-captioned case now pending in said Court. We further command that, immediately after said case has been disposed of completely and said prisoner has been duly discharged by the Court, you return him to the custody of the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas, if said Sheriff so desires, under safe and secure conduct and have you then and there this Writ.

WITNESS the Honorable Judge of the United States District Court for the Southern District of Texas, and the seal of said Court at McAllen, Texas, on this 26th day of April, 2012.

DAVID J. BRADLEY, Clerk
United States District Court
Southern District of Texas

_____
DEPUTY

Hidalgo County Jail
Edinburg, TX  4/26/12
Custody
4/26/12

USMS
McAllen, TX

E. Saenz
U.S. Marshal

By T. Murray
Deputy