UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §      CRIMINAL ACTION NO. M-12-522-4
                              §
JUAN JOSE RODRIGUEZ           §

## ORDER SETTING RE-ARRAIGNMENT HEARING

IT IS HEREBY ORDERED that this matter is set for re-arraignment hearing on June 4, 2012, at 9:15 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower,  1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 1st day of June, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge