UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. M-12-522-1 & 4 |
| | § | |
| JOSE ABRAHAM GOMEZ and | § | |
| JUAN JOSE RODRIGUEZ | § | |

**ORDER RESETTING SENTENCING**

IT IS HEREBY ORDERED that this matter (previously set for August 9, 2012) is hereby reset for sentencing on September 6, 2012 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 8th day of August, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge