AO 245B     (Rev. 09/08) Judgment in a Criminal Case
                Sheet 2 -- Imprisonment

United States District Court
Southern District of Texas

NOV 28 2012

David J. Bradley, Clerk

Judgment -- Page 2 of 4

DEFENDANT: JUAN JOSE RODRIGUEZ
CASE NUMBER: 7:12CR00522-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 11-14-12 to BSC at Big Spring, TX with a certified copy of this judgment.

_____
Dwight Simms Sr, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL